
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAIR DE JESUS<br>CARRILLO-GUARDADO,<br><br>Defendant. | CR 18-33-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, October 11, 2018 at 10:30 a.m., is **VACATED** and RESET to commence on **Thursday, October 11, 2018 at <u>2:30 p.m</u>**., <u>changing the time of the hearing only.</u>

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 5th day of September, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1